**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RONALD FILIPOWICZS,

    Plaintiff,                                       CASE NO.: 8:13-CV-01516-SDM-AEP

vs.

KAY JEWELERS, INC., an Ohio
corporation; d/b/a STERLING JEWELERS,
INC.; and DOES 1 through 10, inclusive,

    Defendants.
_____/

## JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Ronald Filipowiczs, and Defendant Sterling Jewelers Inc. ("Sterling"), by and through undersigned counsel and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, hereby stipulate and move the Court for entry of an order dismissing with prejudice all claims which were or could have been asserted in this action by the Plaintiff against Sterling, with each party to bear its own costs and attorney's fees.

DATED: July 17, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin H. Crumley* | */s/ Joshua A. Mize* |
| **Benjamin H. Crumley, Esq.** | **T. Todd Pittenger, Esq**. |
| Florida Bar No.: 018284 | Florida Bar No.: 0768936 |
| 2254 Riverside Avenue. | email: todd.pittenger@akerman.com |
| Jacksonville, FL 32204 | **Joshua A. Mize, Esq.** |
| Phone: (904) 374-0111 | Florida Bar No.: 0086163 |
| Fax: (904) 374-0113 | email: joshua.mize@akerman.com |
| *Attorney for Plaintiff,* | AKERMAN SENTERFITT |
| *Ronald Filipowiczs* | 420 South Orange Avenue |
| | Suite 1200 |
| | Orlando, FL  32801-4904 |
| | Phone:  (407) 423-4000 |
| | Fax:  (407) 843-6610 |
| | *Attorneys for Defendant,* |
| | *Sterling Jewelers Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the Joint Stipulation and Motion For Dismissal With Prejudice through the Court's CM/ECF system, which should deliver a copy to the following counsel of record:

Joshua A. Mize, Esq.
AKERMAN SENTERFITT
420 South Orange Avenue
Suite 1200
Orlando, FL  32801-4904
email: joshua.mize@akerman.com

T. Todd Pittenger, Esq.
AKERMAN SENTERFITT
420 South Orange Avenue
Suite 1200
Orlando, FL  32801-4904
email:  todd.pittenger@akerman.com

This 17th day of July, 2013.


*/s/ Benjamin H. Crumley*
Benjamin H. Crumley, Esq.