UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD FILIPOWICZS,

    Plaintiff,

v.                                           CASE NO. 8:13-cv-1516-T-23AEP

KAY JEWELERS, INC., et al.,

    Defendants.
_____/

## **ORDER**

In accord with the parties' joint stipulation (Doc. 7), this action is **DISMISSED WITH PREJUDICE**. Each party bears its own fees and costs. The clerk is directed (1) to terminate any pending motion and (2) to close the case.

ORDERED in Tampa, Florida, on July 18, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE